IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNOLD WEINSTEIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-3836 |
| CHARLES M. RITTER & ASSOCIATES, INC., CHARLES M. RITTER, ZURN INDUSTRIES, INC., ALEX MARINI, US BRASS CORPORATION, FRANK SCHAETZKE, HANSGROHE, INC., CHRIS MARSHALL and WILLIAM WALLACE, | : | |
| Defendants. | : | |

## REQUEST TO ISSUE ALIAS SUMMONS

**TO THE CLERK**:

Kindly issue an Alias Summons to defendant, Frank Schaetzke, in the above-captioned matter.

_____
Alan B. Epstein
Peter R. Rosenzweig
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888

Attorneys for Plaintiff