IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNOLD WEINSTEIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-3836 |
| CHARLES M. RITTER & ASSOCIATES, INC., ET AL., | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO THE MOTION TO
DISMISS OF DEFENDANTS CHRIS MARSHALL AND WILLIAM WALLACE**

Plaintiff, Arnold Weinstein ("Weinstein"), by and through his attorneys, Alan B. Epstein, Esquire and Peter R. Rosenzweig, Esquire, hereby submits this Response and attached Memorandum of Law in Opposition to the Motion to Dismiss of Defendants Chris Marshall and William Wallace (collectively referred to herein as "Defendants").

**WHEREFORE**, Plaintiff respectfully requests that, for the reasons detailed in the attached Memorandum of Law, the Motion to Dismiss of Defendants Chris Marshall and William Wallace be denied in its entirety and that this action proceed against all Defendants on the sole count in the First Amended Complaint.

        Respectfully submitted,

        _____

        Alan B. Epstein
        Peter R. Rosenzweig
        SPECTOR GADON & ROSEN, P.C.
        Seven Penn Center
        1635 Market Street
        Philadelphia, PA  19103
        (215) 241-8888

        Attorneys for Plaintiff, Arnold Weinstein

Dated:  November 4, 2002