IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNOLD WEINSTEIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-3836 |
| CHARLES M. RITTER & ASSOCIATES, INC., ET AL. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2002, upon consideration of the Motion to Dismiss of Defendants Chris Marshall and William Wallace and Plaintiff's Response in Opposition thereto, it is hereby ordered that the Motion to Dismiss is **DENIED** in its entirety and that the matter shall proceed against all Defendants.

SO ORDERED:

_____
LEGROME D. DAVIS, J.