IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARNOLD WEINSTEIN
    Plaintiff,                          :              CIVIL ACTION
                                            :
    v.                                    :
                                            :
CHARLES M. RITTER & ASSOCIATES,
INC., CHARLES M. RITTER, U.S.          :              NO. 02-3836
INDUSTRIES, INC., ZURN INDUSTRIES,
INC., ALEX MARINI, US BRASS
CORPORATION, FRANK SCHAETZKE,
HANSGROHE, INC., CHRIS MARSHALL
and WILLIAM WALLACE,
    Defendants.

## **O R D E R**

AND NOW, this     day of December, 2002, IT IS HEREBY ORDERED that:

1)    The **CLERK OF THE COURT** shall **REFER** this matter to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference. The date and time of the settlement conference shall be set by Judge Welsh.

                                                      BY THE COURT:

                                                      _____
                                                      Legrome D. Davis, Judge

civil-o.frm (9/97)